IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NUCOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BELL and SEVERCORR, LLC,<br><br>　　　　Defendants. | MISC. NO.　07-297<br>　　　　　　　07-296<br><br><br>(2:06-cv-0297-DCN Pending in the United States<br>District Court for the District of South Carolina) |

## **ORDER**

　　　　IT IS HEREBY ORDERED, for the reasons set forth on the record, that the motions of Nucor Corporation ("Nucor") and First River Consulting ("First River") be granted in part and denied in part. In particular, the Court modifies the subpoena of October 26, 2007 which SeverCorr, LLC ("SeverCorr") served upon First River to seek information from First River by requiring First River to provide to Nucor: (1) information pertaining to Nucor Berkeley and any other facility of Nucor which was considered as a possible site for production of ULC/IF Steel ; (2) information regarding ULC/IF Steel only (and not all grades of steel); (3) information from January 1, 2003 to the present (and not from before this time period) and (4) all documents referencing or mentioning SeverCorr or the underlying lawsuit; provided, however, that First River shall not be required to produce its work product, techniques, strategies, and research, including its drafts, market research, and underlying support material, and provided, further that information furnished to Nucor shall be produced in the form provided to Nucor. Nothing in this order shall require First River to furnish its billings to Nucor, unless information required to be produced is included in the billings, in which case the billing information shall be redacted before the information is produced. With respect to information required to be produced by First River pursuant to this order,Nucor shall be afforded the opportunity to designate any document First River produces in response to the modified subpoena as

CONFIDENTIAL or RESTRICTED CONFIDENTIAL under the Amended Consent Confidentiality Order in effect in the underlying litigation.

|  |  |
|---|---|
| DATED: January 8, 2008 | /s/ Joy Flowers Conti<br>Joy Flowers Conti<br>United States District Judge |